```
                  IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE WESTERN DISTRICT OF OKLAHOMA


IN RE:                                         CHAPTER 13

TODD RICHIE & MICHELLE KAREN PARRISH           CASE NO. 03-15311 NLJ

         Debtor(s).



COMPLETED
_____
                    NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

     THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN

ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE

FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT

(90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE

COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a)

AND 3011.


DATE         CHECK NO.      PAYEE             ADDRESS                AMOUNT
------------------------------------------------------------------------------
12/01/2009   916204    NATL FINAN HOLDING  PO BOX 6328          $         4.33
                                           BOSTON, MA 02114


DATED: 03/15/2010


                                    /s/ John Hardeman
                                    _____
                                    CHAPTER 13 TRUSTEE
                                    P.O. BOX 1948
                                    OKLAHOMA CITY, OK 73101
                                    (405)236-4843

                                                       #334/LB
```